FILED
2025 Sep-04 AM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NORTHWELL HEALTH, Inc.** ***et al.,*** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:25-cv-01356-RDP** |
| **BLUE CROSS BLUE SHIELD ASSOCIATION** ***et al.*****,** | ) | *transferred from E.D. Pa., Case No. 2:25-cv-3631* |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Jon Corey hereby gives notice of his appearance as counsel for **all Plaintiffs** in this action.

This 4th day of September, 2025.

**/s/ Jon Corey**
Attorney for All Plaintiffs

**OF COUNSEL:**

Jon Corey
MCKOOL SMITH, PC
1717 K Street NW, Suite 1000
Washington, D.C. 20006
(202) 370-8300
jcorey@mckoolsmith.com

Lew LeClair
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
lleclair@mckoolsmith.com

James Smith
John Briody
Laura Baron
MCKOOL SMITH, PC
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 402-9400

lbaron@mckoolsmith.com
jbriody@mckoolsmith.com
jsmith@mckoolsmith.com

Rebecca Bazan
DUANE MORRIS LLP
901 New York Avenue N.W., Suite 700 East
Washington, D.C. 20001
(202) 766-7800
rebazan@duanemorris.com

Jessica Priselac
Sarah O'Laughlin Kulik
Sean P. McConnell
Sean S. Zabaneh
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
jpriselac@duanemorris.com
sckulik@duanemorris.com
spmcconnell@duanemorris.com
sszabaneh@duanemorris.com

Wilson F. Green
**Wilson F. Green LLC**
301 19th Street North, Ste. 525
Birmingham, Alabama 35203
2620 6th Street Ste. 200
Tuscaloosa, Alabama 35203
(205) 722-1018
wilson@wilsongreenlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

The foregoing is being filed and served using the CM-ECF filing system, which shall effect service on all parties and counsel.

<u>**/s/ Wilson F. Green**</u>
OF COUNSEL